# COURT REPORTER'S REQUEST FOR EXTENSION OF TIME

## THIS RECORD IS DUE ON 4-10-2015

## THIS RECORD WAS ORIGINALLY DUE : 3-11-2015

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/10/2015 1:09:36 PM
CATHY S. LUSK
Clerk

## I AM REQUESTING 30 DAYS

## THIS RECORD IS APPROXIMATELY 1500 PAGES LONG

## IS THIS APPEAL ACCELERATED? ___YES ___NO

**4-10-2015**

**TWELFTH  COURT OF APPEALS CAUSE NO. : 12-15-00009-CR**

**STYLE OF CASE:  STATE OF TEXAS V. JOE LYNN PITTMAN**

**TRIAL COURT 114TH DISTRICT COURT**

**TRIAL COURT CAUSE NO. 114-1053-14**

I am responsible for preparing a record in this appeal, but am unable to file the record by the original due date for the following reason(s):

My duties listed below have precluded me from working on this record:

STATE  OF TEXAS V. DARRELL BELL  1,000 pages

STATE OF TEXAS V. QANDREW SHELTON  857 pages

STATE OF TEXAS V. OSCAR PERKINS 797 pages

In compliance with Tᴇx. R. Aᴘᴘ. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

4-10-2014
Date

*Cassie Condrey*
Signature

_____
Office Phone Number

Cassie Condrey
Printed Name

cassiecondreycsr@gmail.com
E-mail address (if available)

114ᵗʰ Official Court Reporter
Official Title